IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-22315-CIV-MORENO/SIMONTON

**GLOBAL HORIZONS INCORPORATED,**
a California Corporation,

          Plaintiff,

v.

**DEL MONTE FRESH PRODUCE N.A.,
INC.,** a Florida Corporation a.k.a
**COUNTRY BEST INC. d/b/a DEL MONTE
FRESH PRODUCE COMPANY,** a
Delaware Corporation

          Defendant.

---

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Del Monte Fresh Produce N.A., Inc. ("Del Monte")[1], by and through undersigned counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Southern District of Florida Local Rule 7.1, hereby moves the Court for a twenty (20) day enlargement of time, through and until October 30, 2006, for Del Monte to respond to Plaintiff Global Horizons Incorporated's ("Global") Complaint. In support of this request, Defendant states as follows:

    1.    Global filed its Complaint in the United States Court for the Southern District of Florida on September 14, 2006. Global had previously filed suit against Del Monte, alleging similar causes of action, in the United States Court for the Central District of California. That

---

[1] Defendant Del Monte Fresh Produce N.A., Inc. is correctly identified by Plaintiff as a Florida corporation. However, Plaintiff incorrectly states that Del Monte is also known as Country Best, Inc. d/b/a Del Monte Fresh Produce Company.

litigation was styled *Global Horizons Inc. v. Fresh Del Monte Produce Inc.*, Case No. CV-06-3968 GAF (PLA) (C.D. Cal.)(the "California Action").

2. In the California action, Del Monte moved to dismiss Global's complaint due to a venue selection clause in the contracts that gave rise to Global's complaint. The venue clause selected the courts of Miami-Dade County, Florida as the exclusive forum for the contracting parties' disputes.

3. On August 24, 2006, the California court granted Del Monte's motion and dismissed Global's claims without prejudice. Because Del Monte prevailed in the California proceedings, and the underlying contracts contained an attorney's fee award clause, on September 15, 2006, Del Monte moved the California court for the fees associated with enforcing the venue selection clause.

4. The hearing on Del Monte's attorney's fee motion in the California Action is scheduled for a hearing on October 16, 2006. Global has responded to the fee motion, and Del Monte's reply brief must be filed by October 9, 2006, the same day that its response to the complaint in the instant Florida litigation is also due.

5. In light of the overlapping deadlines and the forthcoming hearing on the fee motion in the California Action, Del Monte is respectfully requesting a brief, 20 day enlargement of time, through and until October 30, 2006,[2] within which to serve its responsive pleading to Plaintiff's Complaint in the instant action.

6. This motion is brought in good faith and not for the sole purpose of delay. Furthermore, because the complaint filed in the instant action differs from the complaint filed in

---

[2] 20 days from October 9, 2006 is Sunday, October 29, 2006. Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Del Monte is therefore seeking an enlargement through and until Monday, October 30, 2006.

2

California, the additional time requested herein will allow Defendant sufficient time to investigate and properly respond to the differing allegations.

7. Pursuant to Local Rule 7.1.A.3, Del Monte's counsel called Plaintiff counsel's on the morning of October 5, 2006 and left a message with his assistant requesting that Plaintiff's counsel call him back. Undersigned counsel has not yet heard back from Plaintiff's counsel. In light of the fact that the Clerk of the Court will not be accepting filings starting tomorrow through October 12, 2006, in the abundance of caution, Defendant has gone ahead and filed the present motion.

8. Pursuant to the Local Rules, a proposed Order is attached as Exhibit A.

WHEREFORE, Defendant Del Monte Fresh Produce N.A., Inc. respectfully requests that the Court grant this Motion, enter the attached proposed Order, and grant Defendant such other and further relief as the Court deems just and proper.

Dated: This 5th day of October, 2006.

**KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP**
*Attorneys for Defendant*
Miami Center — 20th Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone:  305.539.3300
Facsimile.   305.358.7095

By: _____
Carol C. Lumpkin
Florida Bar No. 797448
clumpkin@klng.com
Judd J. Goldberg
Florida Bar No. 0115924
jgoldberg@klng.com

3

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by U.S. mail, postage prepaid, this 5th day of October, 2006 to Steven R. Kozlowski, Esq. Kozlowski Law Firm, The Sterling Building, 927 Lincoln Road, Suite 118, Miami Beach, FL 33139 and Kari E. Hong, Esq., Law Offices of Kari E. Hong, 320 SW Stark Street, Suite 518, Portland, OR 97204.

_____
Judd J. Goldberg, Esq.

# EXHIBIT A

MI-174643 v1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-22315-CIV-MORENO/SIMONTON

GLOBAL HORIZONS INCORPORATED, a
California Corporation,

          Plaintiff,

v.

DEL MONTE FRESH PRODUCE N.A., INC., a
Florida Corporation a.k.a. COUNTRY BEST
INC. d/b/a DEL MONTE FRESH PRODUCE
COMPANY, a Delaware Corporation,

          Defendant.

## ORDER GRANTING DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**THIS CAUSE** having come before the Court on Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Complaint (the "Motion"), and the Court having reviewed the Motion and being duly advised in the premises, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby GRANTED. Defendant shall have twenty (20) days, up to and including October 30, 2006, in which to respond to Plaintiff's Complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida this ____ day of _____, 2006.

                                              FEDERICO A. MORENO
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Carol C. Lumpkin, Esq.
Judd J. Goldberg, Esq.
Steven R. Kozlowski, Esq.
Kari E. Hong, Esq.