UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-CV-22315-Moreno/Simonton

GLOBAL HORIZONS INCORPORATED,
a California corporation,

       Global,

v.

DEL MONTE FRESH PRODUCE, N.A., INC.,
a Florida corporation a.k.a. Country Best
Inc. d/b/a DEL MONTE FRESH PRODUCE
COMPANY, a Delaware corporation,

       Del Monte.
_____/

DEL MONTE FRESH PRODUCE N.A., INC.,

       Counterclaim Global,

v.

GLOBAL HORIZONS INCORPORATED, a
California corporation,

       Counterclaim Del Monte.
_____/

**GLOBAL HORIZONS INCORPORATED'S MOTION TO CONTINUE PENDING
DATES INCLUDING THE DATE FOR FILING OF EXHIBIT WITNESS LISTS
CURRENTLY DUE NOVEMBER 27, 2007 EXPEDITED HEARING REQUESTED**

       Plaintiff/Counter-Defendant Global Horizons Incorporated ("Global"). The current dates are November 28 for Plaintiffs Witness and Exhibit Lists and December 6 for Defendant's Witness and Exhibit Lists. Pursuant to Local Rule, 7.1, the parties did meet and confer. Defendant and plaintiff were able to agree to continue the dates for filing of witness and exhibit lists, but were not able to agree as to a date for the continuance. Defendant was to contact client to discuss but apparently is out in meetings today and cannot be reached. Upon further consideration, it also seems necessary

1

that other dates would need to be modified as well and plaintiff is unable to speak directly with opposing counsel or get a quick resolution to these matters. Plaintiff, unable to delay filing pending further communications with opposing counsel and in light of an eminent deadline, therefore brings this motion. Plaintiffs request a four week continuance to file Witness and Exhibit Lists as well as all other pending dates. The current pending dates include the following:

- November 28, 2007    Plaintiff's Witness and Exhibit Lists
- December 6, 2007     Defendant's Witness and Exhibit Lists
- December 11, 2007    Joint Pre-trial Stipulation
- December 17, 2007    All Pleadings regarding exhibits, Motions in Limine, *Daubert* Motions, etc.
- December 18, 2007    Calendar Call
- December 24, 2007    Trial

Plaintiffs request to continue these dates is prompted by several recent changes in this case, including the departure of lead counsel Todd Irby, the pending departure of Samir Sheth, responding to two summary judgment motions this past Friday, as well as to the considerable adjustments to the case and evidence necessitated by the recent Order to Amend the Complaint and the sheer volume of documents in this case that are unfamiliar to new counsel, which make it nearly impossible to proceed as scheduled. Plaintiff therefore requests additional time to prepare this matter for trial and to file the pending pre-trial documents. (Declaration of Chrystal Bobbitt Attached)

Respectfully submitted,

| LEAD COUNSEL<br>FOR GLOBAL HORIZONS INC. | LOCAL COUNSEL<br>FOR GLOBAL HORIZONS INC. |
|---|---|
| By:   /s Chrystal Bobbitt<br>        CA Bar No. 218544 | By:   /s Lorenz Michel Prüss<br>       Lorenz Michael Prüss, Esq. |

| | |
|---|---|
| chrystal@gmpusa.com<br><br>**GLOBAL HORIZONS, INC.**<br>11111 Santa Monica Bl.<br>Suite 1440<br>Los Angeles, CA 90025<br>Telephone:    (310-234-8475)<br>Facsimile:    (310-234-0786)<br><br>By:    Samir I. Sheth<br>CA Bar No. 227709<br>Samir@shethlaw.com<br><br>**SHETH LAW GROUP**<br>3501 Jamboree Road<br>North Tower, Suite 6000<br>Newport Beach, California 92660<br>Telephone:    (949) 509-7054<br>Facsimile:    (949) 509-7055 | Fla. Bar No.:  581305<br>Lpruss@dkrpa.com<br><br>By:    Scott M. Dimond, Esq.<br>Fla. Bar No.:  995762<br>Sdimond@dkrpa.com<br><br>**DIMOND KAPLAN & ROTHSTEIN, P.A.**<br>Offices at Grand Bay Plaza<br>2665 South Bayshore Drive, PH 2B<br>Coconut Grove, Florida 33133<br>Telephone:    (305) 374-1920<br>Facsimile:    (305) 374-1961 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of November, 2007 I electronically filed the foregoing with the Clerk of the Court by using the CM/EF system which will send a notice of electronic filing to the following counsel or parties of records, except as otherwise noted:

Carol C. Lumpkin
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
Miami Center – 20th Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 539-3300
Fax: (305) 358-7095
carol.lumpkin@lkgates.com


By:    /s Lorenz Michel Pruss
Lorenz Michel Pruss

3