UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-CV-22315-Moreno/Simonton

GLOBAL HORIZONS INCORPORATED,
a California corporation,

       Global,

v.

DEL MONTE FRESH PRODUCE, N.A., INC.,
a Florida corporation a.k.a. Country Best
Inc. d/b/a DEL MONTE FRESH PRODUCE
COMPANY, a Delaware corporation,

       Del Monte.
_____/

DEL MONTE FRESH PRODUCE N.A., INC.,

       Counterclaim Global,

v.

GLOBAL HORIZONS INCORPORATED, a
California corporation,

       Counterclaim Del Monte.
_____/

**DECLARATION OF CHRYSTAL BOBBITT IN SUPPORT OF MOTION TO
CONTINUE PENDING DEADLINES AND TRIAL DATE**

1.       I am an attorney duly licensed to practice law in the State of California and am admitted to appear before this Court *pro hac vice*. I make this declaration on personal knowledge and if called to testify as to any of the matters set forth herein, I could and would do so competently.

2.       I was admitted *pro hac vice* in this case on or about October 24, 2007.

1

I am in house counsel for Global Horizons and stepped into this case because of the departure of Todd Irby, who obtained alternate employment and was no longer able to represent Global. Mr. Irby was relieved as counsel on or about October 24, 2007. At the hearing on October 25, the Court ordered that plaintiff file an amended complaint, separating the breach of contract into seven separate claims. The court further ordered that defendant re-file its then pending motions, and oppositions were to be filed on November 28, 2007.

3. On November 15, 2007, the Court issued an Order advancing the due date of the oppositions to summary judgment to November 23.

4. It was expected that defendant would be re-filing motions that were essentially the same as the previously filed motions. That, however, was not the case. Defendant filed two summary judgments and a motion for sanctions that abandoned prior arguments and made new arguments that plaintiff had to defend against on a shortened briefing schedule.

5. I am still quite new to this case and there is a large volume of documents, approximately 65,000, as well as more than 20 depositions currently being reviewed in order to prepare the witness and exhibit lists.

6. It was not Global's choice to have to substitute in new counsel so close to trial but I am doing as much as possible to manage a very difficult

situation. It is also expected that Mr. Sheth who was acting as junior counsel will soon be departing the case as well.

7. Additionally, we will have to make numerous adjustments in the evidence to separate out the recently dismissed claims and reassess damages based on the Amended Complaint, some of which may require outside assistance. Under the circumstances, it would be a considerable hardship to plaintiff to proceed with the filing of trial documents as scheduled and plaintiff therefore requests a continuance to adequately prepare this matter for trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Dated at Los Angeles, California this 27th day of November, 2007


__/s_____
Chrystal L. Bobbitt, Esq.

| LEAD COUNSEL<br>FOR GLOBAL HORIZONS INC. | LOCAL COUNSEL<br>FOR GLOBAL HORIZONS INC. |
|---|---|
| By:    /s Chrystal Bobbitt<br>       CA Bar No. 218544<br>       chrystal@gmpusa.com<br><br>**GLOBAL HORIZONS, INC.**<br>       11111 Santa Monica Bl.<br>       Suite 1440<br>       Los Angeles, CA 90025<br>       Telephone:    (310-234-8475)<br>       Facsimile:    (310-234-0786)<br><br>By:    Samir I. Sheth<br>       CA Bar No. 227709<br>       Samir@shethlaw.com<br><br>**SHETH LAW GROUP**<br>       3501 Jamboree Road<br>       North Tower, Suite 6000<br>       Newport Beach, California 92660<br>       Telephone:    (949) 509-7054<br>       Facsimile:    (949) 509-7055 | By:    /s Lorenz Michel Prüss<br>       Lorenz Michael Prüss, Esq.<br>       Fla. Bar No.:  581305<br>       Lpruss@dkrpa.com<br><br>By:    Scott M. Dimond, Esq.<br>       Fla. Bar No.:  995762<br>       Sdimond@dkrpa.com<br><br>**DIMOND  KAPLAN  &  ROTHSTEIN,  P.A.**<br>       Offices at Grand Bay Plaza<br>       2665 South Bayshore Drive, PH 2B<br>       Coconut Grove, Florida 33133<br>       Telephone:    (305) 374-1920<br>       Facsimile:    (305) 374-1961 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of November, 2007 I electronically filed the foregoing with the Clerk of the Court by using the CM/EF system which will send a notice of electronic filing to the following counsel or parties of records, except as otherwise noted:

Carol C. Lumpkin
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
Miami Center – 20th Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 539-3300
Fax: (305) 358-7095
carol.lumpkin@lkgates.com

By: ___/s Lorenz Michel Pruss
      Lorenz Michel Pruss