UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number:  06-22315-CIV-MORENO

GLOBAL  HORIZONS  INCORPORATED,  a
California Corporation,

      Plaintiff,

vs.

DEL MONTE FRESH PRODUCE N.A., INC. a
Florida  Corporation  a.k.a.  COUNTRY  BEST
INC. d/b/a DEL MONTE FRESH PRODUCE
COMPANY, a Delaware Corporation,

      Defendant.

_____/

**CLOSED CIVIL CASE**

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 50 and 58, and in accordance with the reasons stated in Open

Court on **April 15, 2008**, judgment is entered in favor of the Defendant Del Monte Fresh Produce

N.A., Incorporated and against Plaintiff Global Horizons, Incorporated.  Accordingly it is

**ADJUDGED** that all pending motions are DENIED as moot.

DONE AND ORDERED in Open Court and signed in Chambers at Miami, Florida, this 15th

day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record