UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **06-22315-CIV-MORENO**

GLOBAL HORIZONS INCORPORATED, a
California Corporation,

    Plaintiff,

vs.

DEL MONTE FRESH PRODUCE N.A., INC. a
Florida Corporation a.k.a. COUNTRY BEST
INC. d/b/a DEL MONTE FRESH PRODUCE
COMPANY, a Delaware Corporation,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION BY DEFAULT AND AWARDING ATTORNEY'S FEES

THE MATTER was referred to the Honorable William C. Turnoff, United States Magistrate Judge for a Report and Recommendation on Defendant Del Monte Fresh Produce's Verified Motion for Attorney's Fees and Costs **(D.E. No. 324)**, filed on **June 4, 2008**. Judge Turnoff filed a Report and Recommendation **(D.E. No. 363)** on **March 26, 2009**, recommending that costs in the amount of $196,928.94 and attorney's fees in the amount of $1,000,000 be awarded to the Defendant. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that Judge Turnoff's Report and Recommendation presents. The Court finds that the Defendant was clearly the prevailing party. The Court notes that the Plaintiff has failed to serve and file any written objections by the deadline specified in Judge Turnoff's Report and Recommendation. In light of that failure and considering that the Defendant has discounted the attorney's fees, it is

    **ADJUDGED** that United States Magistrate Judge William C. Turnoff's Report and

Recommendation **(D.E. No. 363)** on **March 26, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Del Monte be awarded costs in the amount of $196,928.94 and attorney's fees in the amount of $1,000,000.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of March, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge William C. Turnoff
Counsel of Record