Exhibit A

Matthew

**From:** Lumpkin, Carol [Carol.Lumpkin@klgates.com]
**Sent:** Wednesday, December 23, 2009 3:05 PM
**To:** Matt
**Cc:** Zaffuto, Annie
**Subject:** RE: Motion in Del Monte '04

Matthew,

Thank you for your e-mail. Unfortunately, because of the late hour and due to the intervening holidays, it is difficult for me to reach my client who is out of the jurisdiction. We will make our best effort to reach him and advise him of your request. In the interim, please note that I am not authorized to agree to your request at this time.

Happy holidays.

Best,
Carol

------------------------------
Sent from my BlackBerry Wireless Handheld
Carol C. Lumpkin, Esq.
K&L Gates
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 3900
Miami, Fl. 33131
Direct: 305.539.3323
Fax: 305.358.7095
carol.lumpkin@klgates.com

---

**From:** Matt [mailto:matthew@gmpusa.com]
**Sent:** Wednesday, December 23, 2009 5:42 PM
**To:** Zaffuto, Annie; Lumpkin, Carol
**Subject:** Motion in Del Monte '04

Annie and Carol,

I have just been informed that, due to an error in calendaring by my paralegal, the Notice of Appeal was not filed within the prescribed 30 day period. I will be filing a motion for extension of time pursuant to FRAP 4(a)(5) and wanted to know what your position would be or if you would be willing to stipulate to the requested order.

Please let me know as soon as possible.

Matthew S. Gibbs
442.424.3570

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Carol.Lumpkin@klgates.com.