Cavallone Decl.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-CV-22315-MORENO

GLOBAL HORIZONS INCORPORATED,
a California corporation,

        Global,

v.

DEL MONTE FRESH PRODUCE, N.A., INC.,
a Florida corporation a.k.a. Country Best
Inc. d/b/a DEL MONTE FRESH PRODUCE
COMPANY, a Delaware corporation,

        Del Monte.
_____/

DEL MONTE FRESH PRODUCE N.A., INC.,

        Counterclaim Global,

v.

GLOBAL HORIZONS INCORPORATED, a
California corporation,

        Counterclaim Del Monte.
_____/

**DECLARATION OF SUSAN CAVALLONE IN SUPPORT OF GLOBAL HORIZONS
MOTION TO EXTEND TIM TO FILE APPEAL**

1. I am a paralegal working for Plaintiff Global Horizons, Inc. ("Global") in the above-referenced action. I make this declaration on personal knowledge and if called to testify as to any of the matters set forth herein, I could and would do so competently.

2. I am in charge of maintaining the calendar for attorneys working for Global.

3. I do not have access to Mr. Gibbs' login information to access the ECF for the United

1

States District Court for the Southern District of Florida.

4. I received email notification of the two Final Judgments issued by the Court on November 18 and 19, 2009 respectively.

5. In error I did not calendar the deadline for the Notice of Appeal for December 18, 2009 or December 21, 2009.

6. Mr. Gibbs contacted me today and informed me that the deadline to file the Notice of Appeal had been missed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated at Los Angeles, CA this 23rd day of December, 2009.

_____
Susan Cavallone