UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 06-22315-CIV-MORENO

GLOBAL HORIZONS INCORPORATED, a California Corp.,

    Plaintiffs,

vs.

DEL MONTE FRESH PRODUCE N.A., INC., a Florida corp., a.k.a. COUNTRY BEST INC. d/b/a DEL MONTE FRESH PRODUCE COMPANY, a Delaware corp.,

    Defendant,

and

BANK OF AMERICA, N.A.,

    Garnishee.
_____/

### ORDER ON ANSWER TO WRIT OF GARNISHMENT

THIS CAUSE came before the Court upon Garnishee Defendant Bank of America N.A.'s Answer to Plaintiff's garnishment, file dated July 26, 2010.

THE COURT has considered the answer, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

    1.    That Garnishee Defendant Bank of America, N.A. be discharged on the Answer, releasing it from any further liability under the Writ of Garnishment.

    2.    That the Clerk of the Court is ORDERED AND DIRECTED to pay to Garnishee Defendant Bank of America, N.A., the sum of **$100** as deposited in the court registry for attorney's fees expended in obtaining representation in response to the writ. § 77.28, Fla. Stat. (2004).

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of August, 2010.

                                              FEDERICO A. MORENO
                                              UNITED STATES DISTRICT JUDGE

Copies Provided:
Counsel of Record